IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| Plaintiff, | § § | |
| v. | § § | Cr. No. C-06-818 (1) |
| | § | C.A. No. C-07-464 |
| CRISTIAN ARRELLANO-LOPEZ, | § § | |
| Defendant. | § | |

### FINAL JUDGMENT OF DISMISSAL WITHOUT PREJUDICE

The Court enters final judgment dismissing without prejudice defendant Cristian Arrellano-Lopez's "Notice of Appeal Under 28, U.S.C. § 2255."

ORDERED this 13th day of December, 2007.

_____
Janis Graham Jack
United States District Judge